Victor Prager, Appellant, v. Brooklyn Daily Eagle, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Rich and Miller; JJ., concurred.

Charles H. Prince, Respondent, v. Dietrich Schultz, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

The People of the State of New York, Respondent, v. Fred De Barberi, Appellant.— Judgment of the County Court of Westchester county affirmed. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. Thomas Santoro and Others, Appellants.— Judgment of the County Court of Orange county affirmed. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. The William S. Car-lisle Tea Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Joseph Cohen, Respondent, v. The Department of Health of the City of New York, Appellant.— Final order affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Consolidated Water Company of Suburban New York, Respondent, v. Matthew Meacle and Others, Constituting the Board of Assessors of the Town of Mount Pleasant, County of Westchester, State of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

The People of the State of New York ex rel. William Kennedy, Individually and as Administrator, etc., of John Kennedy, Deceased, Appellant, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order dismissing writ of certiorari affirmed, with ten dollars costs and disbursements, on the authority of *People ex rel. Kennedy* v. *O'Donnel (ante,* p. 237), decided herewith. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Charles E. Victory, Jr., Respondent, v. Allen N. Spooner, as Commissioner of the Department of Docks and Ferries of the City of New York, Appellant.— Interlocutory judgment affirmed,